**G. E. HERRON, Appellant, v. SOUTHERN PACIFIC COMPANY, a Corporation, Appellee.**

**No. 5948.**

Circuit Court of Appeals, Ninth Circuit.

May 29, 1931.

Dougherty & Rodgers and J. A. Walsh, all of Mesa, Ariz., for appellant.

Baker & Whitney, of Phœnix, Ariz., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

The mandate (51 S. Ct. 383) of the Supreme Court of the United States answering certain questions certified having been ordered filed, and good cause therefor appearing, it is ordered that the judgment of the said District Court in this cause be, and hereby is, affirmed; mandate forthwith.

---

**Dan HOGAN et al., Appellant, v. UNITED STATES of America, Appellee.**

**No. 5991.**

Circuit Court of Appeals, Fifth Circuit.

July 14, 1931.

Before FOSTER, Circuit Judge, and HUTCHESON and SIBLEY, District Judges.

PER CURIAM.

The petition for rehearing in the above numbered and entitled cause, 48 F.(2d) 516, is granted as to Jerome Woods and denied as to all other appellants.

---

**Silas J. HORN et al. v. UNITED STATES of America.**

**No. 9218.**

Circuit Court of Appeals, Eighth Circuit.

May 26, 1931.

A. S. Dowdall, Jr., of Minneapolis, Minn., for appellants.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, per stipulation of parties.

---

**INECTO, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 364.**

Circuit Court of Appeals, Second Circuit.

June 1, 1931.

Gordon & Young, of New York City, for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and John H. McEvers, Sp. Assts. to Atty. Gen., and E. C. Crouter, of Washington, D. C., for respondent.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decision of the Board of Tax Appeals affirmed.